**Schedule A**
**Defendants with Seller Name, Seller ID, and Platform**

| Def. No. | Seller Name/ Store Name | Seller ID | ASIN/Product No. | Platform |
|---|---|---|---|---|
| 1 | | | | |







