IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEYSTONE EMPORIUM LLC， Plaintiff, v. TOPWOR-US AND THE OTHER INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A", Defendants. | Civil Action No. 2:25-cv-1787-MRH Honorable Mark R. Hornak |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2026, all Defendants listed in Schedule A to the Complaint received true and correct copies of Plaintiff's Complaint, Motion to Seal Complaint, Temporary Restraining Order, and their accompanying documents via email at the email addresses provided by third-party platforms. Additionally, on March 4, 2026, all Defendants listed in Schedule A to the Complaint received true and correct copies of the Court's Notice regarding the Show Cause Hearing scheduled for March 5, 2026 (ECF No. 36) via email at those same email addresses.

DATED March 4, 2026

Respectfully submitted,

By: /s/ Xiyan Zhang
Xiyan Zhang
Stratum Law LLC
18 Campus Blvd. Ste. 100
Newtown Square, PA 19073
Phone# (215) 395-8756
Bar# 5052642
xzhang@stratumlaw.com
*Counsel for Plaintiff*