**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KEYSTONE EMPORIUM LLC，<br><br>Plaintiff,<br><br>v.<br><br>TOPWOR-US AND THE OTHER INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>Defendants. | Civil Action No. 2:25-cv-1787-MRH<br><br>JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Keystone Emporium LLC, and or their counsel(s), hereby give notice that the following defendants listed in Schedule "A" of the above-captioned action is dismissed without prejudices.

- Tianshizhiyi (Defendant No. 26) – Amazon Seller ID: A2LWS96SHIC0PO

- XMbest (Defendant No. 3) – Amazon Seller ID: A34H6JHKG2TDM6

- Beautiful sunsete (Defendant No. 16) – Amazon Seller ID: A2AQ2XENDEQB21

- Zhenyu Trading (Defendant No. 29) – Amazon Seller ID: A3AG7XPC8JA39O

- Yiyu Auto Accessories (Defendant No. 30) - Amazon Seller ID: AF532RK31STUP

- Latawoo (Defendant No. 32) - Amazon Seller ID: A3F731WNGIOIQ8

- HudingJSF (Defendant No. 69) – Temu Seller ID: 634418220455856

- Cheap Shopping Malls (Defendant No. 70) – Temu Seller ID: 634418217318980

- Perfect Shopping Mall (Defendant No. 72) – Temu Seller ID: 634418217132027

Rule 41(a)(1)(A)(i) sets out that a Plaintiff may voluntarily dismiss its claims without prejudice and without a Court Order by notice at any time prior to the Defendants filing an Answer

or moving for summary judgment. As of the filing of this Notice, no Defendant has filed an Answer in this action.

Dated:  March 17, 2026

Respectfully submitted,

By: */s/ Xiyan Zhang*
Xiyan Zhang
Stratum Law LLC
18 Campus Blvd. Ste. 100
Newtown Square, PA 19073
Phone#(215) 395-8756
Bar# 5052642
xzhang@stratumlaw.com
*Counsel for Plaintiff*